
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM T. HOLLIDAY,

    Plaintiff,

v.                                    CASE NO. 1:14cv1-SPM-GRJ

DEPARTMENT OF CORRECTIONS et al.,

    Defendants.
_____/

## O R D E R

THIS CAUSE comes before the Court on the Magistrate Judge's Report and Recommendation dated January 3, 2014. (Doc. 3). No objections have been filed. Having considered the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 3) is ADOPTED and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) because the Plaintiff has three strikes and is not in imminent danger of serious physical injury.

**DONE AND ORDERED** this 18th day of February, 2014.

                                      *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**